UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Preferred Concrete & Excavating Inc.<br><br>Debtor(s) | BK No.: 16-81114<br><br>Chapter: 11<br>Honorable Thomas M. Lynch<br>SELECT IF OUTLYING AREA |

**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR COUNSEL TO THE DEBTORS**

This matter coming for hearing on Attorney O. Allan Fridman's Final Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor, pursuant to 11 U.S.C. §330 and 331 of the Bankruptcy Code.

WHEREAS, on January 11, 2017, the Court entered an Order (Docket No. 85) approving interim compensation and disbursements for Attorney O. Allan Fridman, as attorney for Preferred Concrete & Excavating, Inc. totaling $27,337.50 in fees and costs of $184.90; and

WHEREAS, Attorney O. Allan Fridman now seeks additional compensation of $32,136.25 for legal services and $1,414.20 in costs, for total final compensation of $59,473.75 in fees and costs of $1,599.10 ("the Final Fee Petition"); and

WHEREAS, discussions between the U.S. Trustee and Attorney O. Allan Fridman have resulted in a consensual reduction of the fee request by $10,000.00, bringing the additional compensation requested down to $22,136.25 in fees for legal services; and

WHEREAS, the Court finding notice to be sufficient, and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED as follows:
1. The Court approves the fee reduction of $10,000 from the additional compensation request;
2. Attorney O. Allan Fridman is allowed compensation for the time period of December 13, 2017 through August 4, 2017, in the amount of $22,136.25 and costs of $184.90; and
3. Final compensation for the entire time period of the case (May 4, 2016 - August 4, 2017) of $49,473.75 and $1,599.10 in costs is approved.

Enter:

Dated: **AUG 25 2017**

United States Bankruptcy Judge

**Prepared by:**
O. Allan Fridman
555 Skokie Blvd Suite 500
Northbrook, IL 60062

Rev: 20130104_bko

8474120788

Rev: 20130104_bko